:Matter of Frank Eugene MULLEN and
Mary Alice Mullen, Appellants.

No. 1960.

Municipal Court of Appeals for the
District of Columbia.

Argued May 19, 1958.

Decided Oct. 2, 1958.

Carolyn Mullen, pro se.

Richard W. Barton, Asst. Corporation
·Counsel, Washington, D. C., with whom
·Chester H. Gray, Corporation Counsel,
Milton D. Korman, Principal Asst. Corpo-
ration Counsel, and Hubert B. Pair, Asst.
·Corporation Counsel, Washington, D. C.,
were on the brief, for appellee.

Before ROVER, Chief Judge, and
HOOD and QUINN, Associate Judges.

PER CURIAM.

This is a proceeding brought in the Ju-
venile Court under the provisions of Code
1951, §§ 11–906(a) (6) and 11–907, subd.
1(a). These sections authorize the court
to determine whether children under eight-
,een years of age are without adequate

parental care. After a full hearing the
court found that Frank Eugene Mullen,
five years of age, and Mary Alice Mullen,
age three, the children of George E. and
Carolyn Phillips Mullen, were without ade-
quate parental care, and pursuant to the
authority of Code 1951, § 11–915(2) (Supp.
VI), committed them to the Board of Pub-
lic Welfare for one year. This appeal fol-
lowed.

We have carefully studied the record,
as well as the voluminous briefs and other
documents filed by the mother of the chil-
dren. We are convinced that the court
committed no errors of law and that there
was ample evidence to support its finding.

Affirmed.